# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    *Plaintiff-Appellee* )<br>v. )<br> )<br>LONNIE PARKER, M.D. )<br> )<br>    *Defendant-Appellant* ) | USCA No. 24-2813<br>USDC No. 4:19-CR-40018 |

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

The Appellant, Lonnie Parker, M.D., by and through his undersigned counsel, hereby moves this Court, under Rule 26 and Rule 27 of the Federal Rules of Appellate Procedure, for an order extending the filing deadline of the Appellant's brief by a period of sixty (60) days—to and including December 30, 2024. In support of this motion, the undersigned represents as follows:

1. Appellant timely filed his notice of appeal, challenging the district court's conviction and sentence. The Appellant's brief is currently due October 30, 2024.

2. After an eight-day trial, Dr. Parker was convicted of four counts of prescribing controlled substances outside the usual course of professional practice and without a legitimate medical purpose, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), (b)(3), and 21 C.F.R. § 1306.04, and was ultimately sentenced to 87 months' imprisonment. Dr. Parker was represented by a different attorney at trial.

3. Being assigned to the case post-trial, the undersigned had limited familiarity with the prior record. Despite diligent efforts to obtain transcripts and review the record, the substantial volume of materials produced—including transcripts and exhibits—and length of trial, necessitates additional time for review. Moreover, to effectively address the complexities of this case, counsel requires additional time to obtain and review transcripts for prior motion hearings.

4. Furthermore, since the Court issued the Appellant's briefing deadline, counsel's obligations in other criminal cases have consumed, and will continue to consume, a substantial amount of time, including but not limited to:

    a. Filing a reply brief in *United States v. Lubetsky*, Sup. Ct. No. 24-137 (filed on October 21, 2024).

    b. Preparing for oral argument in the Sixth Circuit set for October 30, 2024, in *United States v. Campbell*, Appeal No. 23-5298.

    c. Filing a principal brief in *United States v. Sherman*, Appeal No. 24-1470 (Due, on extension, November 12, 2024).

    d. Preparing for an upcoming jury trial set for November 25, 2024, in *United States v. Jafari-Hassad*, Case No. 22-CR-545 (GRB).

5. This motion is not made for purposes of delay, but rather to ensure that Appellant's brief addresses the array of issues for the Court's review. Neither party

will be prejudiced by the extension. Counsel for the Government was contacted and does not object to the requested extension.

WHEREFORE, Appellant respectfully requests that the Court issue an order extending the current filing deadline of the Appellant's brief by sixty (60) days.

Respectfully submitted,
CHAPMAN LAW GROUP

/s/ *Ronald W. Chapman II*
Ronald W. Chapman II, LL.M.
MI Bar No. P73179
1441 West Long Lake Road, Suite 310
Troy, Michigan 48098
T: (248) 644-6326
F: (248) 644-6324
RWChapman@ChapmanLawGroup.com

*Counsel for Defendant – Appellant*
*Lonnie Parker, M.D.*

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 399 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word word processing program in 14-point Times New Roman style.

/s/ *Ronald W. Chapman II*
Ronald W. Chapman II, LL.M.

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

/s/ *Ronald W. Chapman II*
Ronald W. Chapman II, LL.M.