## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff – Appellee,* | ) | USCA No. 24-2813 |
| | ) | USDC No. 4:19-CR-40018 |
| v. | ) | |
| | ) | |
| LONNIE PARKER, M.D. | ) | |
| | ) | |
| *Defendant – Appellant.* | ) | |

---

## SECOND MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S BRIEF

The Appellant, Lonnie Parker, M.D., by and through his undersigned counsel, hereby moves this court, under Rule 26 and Rule 27 of the Federal Rules of Appellate Procedure, for an order extending the filing deadline of the Appellant's brief by a period of twelve (12) days—to and including December 2, 2024. Counsel for Dr. Parker respectfully requests that this Court grant this motion and in support thereof states as follows:

1.     Appellant timely filed his notice of appeal, challenging the district court's conviction and sentence.

2.     After an eight-day trial, Dr. Parker was convicted of four counts of prescribing controlled substances outside the usual course of professional practice and without a legitimate medical purpose, in violation of 21 U.S.C. § 841(a)(1),

(b)(1)(C), (b)(3), and 21 C.F.R. § 1306.04, and was ultimately sentenced to 87 months' imprisonment. Dr. Parker was represented by a different attorney at trial.

3.      This Court partially granted Appellant's first motion for extension of time to file it's brief on October 29, 2024. The Appellant's brief is currently due November 20, 2024.

4.      Counsel has made significant progress in reviewing the prior record to identify the key issues on appeal. However, counsel requires this extension to finalize Appellant's brief in a way that meaningfully addresses the issues to best assist the Court in resolving them. Additional time is also needed for internal review and correspondence with his client, who is currently incarcerated.

5. Moreover, professional obligations in other criminal cases have also warranted this extension. These obligations include the following:

    a.      Filing a Petition for a Writ of Certiorari in *United States v. Stanton*; Sup. Ct. No. 24-525 (filed on November 6, 2024).

    b.      Filing a Principal Appellant Brief in *United States v. Sherman*, Appeal No. 24-1470 (filed on November 12, 2024).

    c.      Preparing for an upcoming jury trial set for November 25, 2024, in *United States v. Jafari-Hassad*, Case No. 22-CR-545 (GRB).

d. Preparing a Petition for Rehearing En Banc in *United States v. Jankowski*, Appeal No. 23-1404 (Due, on extension, November 27, 2024).

6. On November 15, 2024, the Government's counsel was contacted and does not oppose the requested extension.

WHEREFORE, counsel for Defendant-Appellant Lonnie Parker, M.D. respectfully requests that this Court enter an order extending the filing deadline for its principal brief by 12 days.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: November 18, 2024     /s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.
MI Bar No. P73179
1441 West Long Lake Road, Suite 310
Troy, Michigan 48098
T: (248) 644-6326
F: (248) 644-6324
RWChapman@ChapmanLawGroup.com

*Attorney for Defendant-Appellant Lonnie Parker, M.D.*

**CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 392 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word, word processing program in 14-point Times New Roman style.

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, Esq., LL.M.